IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-36-M-DWM-2 |
| Plaintiff, | |
| vs. | ORDER |
| STEPHEN JOE BOARDNER, | |
| Defendant. | |

The United States having moved unopposed to dismiss the Indictment in the above-captioned matter without prejudice,

IT IS ORDERED that the government's motion, (Doc. 55), is GRANTED, the Indictment, (Doc. 1), is DISMISSED WITHOUT PREJUDICE, and the hearing set for March 24, 2025, (Doc. 54), is VACATED.

IT IS FURTHER ORDERED that all pending motions are DENIED as MOOT and all deadlines are VACATED.

All DATED this 10th day of March, 2025.

Donald W. Molloy, District Judge
United States District Court